**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-02326-LTB-MEH

CHARLES FRANKLIN JONES, JR.,
    Plaintiff,

v.

U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT,
MARCIE LA PORTE,
MARY MARTHA RHODES,
COLORADO HOUSING AND FINANCE AUTHORITY,
BOB MUNROE,
DEBRA NORBORG,
VOLUNTEERS OF AMERICA COLORADO
DIANA KUNZ,
    Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Michael E. Hegarty [Doc 20] issued and served on March 20, 2007. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the Magistrate Judge's recommendation is accepted and this action is DISMISSED WITH PREJUDICE as to Defendants Colorado Housing and Finance Authority, Bob Munroe, and Debra Norberg.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED:   April 17, 2007