**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02326-LTB-MEH

CHARLES FRANKLIN JONES, JR.,

      Plaintiff,

v.

U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, et al,

      Defendants.

_____

**ORDER**
_____

Defendants Colorado Housing and Finance Authority, Bob Munroe, and Debra Norberg (collectively the "CHFA Defendants") move for entry of final judgment pursuant to F.R.C.P. 54(b) [Doc #33].  The motion is unopposed.  By order entered April 17, 2007, the CHFA Defendants' motion to dismiss was granted and the action dismissed with prejudice as to these Defendants. Because no party objects and all claims against the CHFA Defendants have been dismissed with prejudice, I find and conclude that there is no just reason for delay and that final judgment in favor of the CHFA Defendants on the claims asserted against them should enter.

IT IS THEREFORE ORDERED that final judgment enter in favor of Colorado Housing and Finance Authority, Bob Munroe, and Debra Norberg on all claims asserted against them in this action.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED:   May 1, 2007