**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-02326-LTB-MEH

CHARLES FRANKLIN JONES, JR.,

       Plaintiff,

v.

U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, et al,

       Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 53 - filed May 14, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                   BY THE COURT:

                                   s/Lewis T. Babcock
                                   Lewis T. Babcock, Chief Judge

DATED: May 15, 2007